UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HENRY BRIGGS**<br>    *Plaintiff.*<br>**V.**<br><br>**LOUIS MATTEO**<br>**DAVID PEREZ**<br>**JONATHAN SURACI**<br><br>    *Defendants.* | CIVIL NO.<br><br><br><br><br><br><br><br>SEPTEMBER 14, 2004 |

# C O M P L A I N T

## I.    PRELIMINARY STATEMENT

1.       This is an action to redress the deprivation of rights secured by the Fourth Amendment of the United States Constitution.  The plaintiff charges the defendants with the use of unreasonable force.

## II.    JURISDICTION

2.       Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and §§ 1983, 1988 and 12132 of Title 42 of the United States Code.

**III.    PARTIES**

3.      During all times mentioned in this action, the plaintiff Henry Briggs was, and still is, an adult citizen of the United States residing in New Haven, Connecticut.

4.      During all times mentioned in this action, the defendants and each of them were duly appointed officers in the police department of West Haven, Connecticut, acting in their official capacities.  They are sued, however, in their individual capacities.

5.      During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the Constitution, statutes, laws, charter, ordinances, rules, regulations, customs and usages of the State of Connecticut and the City of West Haven.

**6.**      At all times mentioned in this Complaint, the individual defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants but each defendant failed and refused to perform such duty, thereby proximately causing the plaintiff's injuries herein complained of.

IV.             **STATEMENT OF CLAIMS**

**Fourth Amendment Violations**

7.      On or about February 17, 2004 at approximately 11:15 am, the plaintiff was driving on Orange Avenue in West Haven, Connecticut.

8. As the plaintiff traveled, he encountered an angry driver. An argument ensued.

9. As a result the West Haven Police were contacted.

10. The plaintiff pulled to the side of the road to wait for the police to arrive.

11. After waiting five to ten minutes without police response, the plaintiff continued to his destination of Tire Country in West Haven, CT.

12. The other driver followed the plaintiff to his destination.

13. After the plaintiff completed his business and was returning to his vehicle, two West Haven Police cars drove to the back of the plaintiff's vehicle and another car drove a few feet in front of the plaintiff.

14. As the plaintiff opened his car door, defendant Matteo directed the plaintiff to "get your motherfucking ass back in that car, cocksucker".

15. When the plaintiff requested that he not be spoken to in that manner, defendant Matteo repeated the statement and added, "take this shit back to New Haven, don't bring this shit here".

16. Defendant Matteo then rushed to the plaintiff and grabbed him.

17. Defendants Perez and Suraci who were in the other police cars, grabbed the plaintiff's arms.

18. The plaintiff was taken down to his knees from the force of the defendants.

19.     While on his knees, the defendants began punching the plaintiff in his face.

20.     Defendant Matteo began to yell, "now cocksucker, you want some more?  Get the fuck up".

21.     The plaintiff was unable to comply with the defendant's demand because another of the defendants had his left arm behind his back and continued to pull while the other defendant was holding his other arm.

22.     The plaintiff requested that his arm not be pulled so high up, but the defendants continued.

23.     While the plaintiff lie on the ground with one of the defendants on top of his person, defendant Matteo sprayed pepper spray in the plaintiff's eyes.

24.     Another defendant continued to press the plaintiff to the ground with his knee on the plaintiff's neck.

25.     At this point the plaintiff was unable to see.

26.     The plaintiff was hardly able to breathe and attempted to tell the defendants the same.

27.     The plaintiff began to drool, his eyes watered and his nose began to run.

28.     Finally, the defendants handcuffed the plaintiff and pulled him off the ground.

29.     Defendant Matteo then instructed the plaintiff to "get into the fucking car".

30.     As the plaintiff still could not see from the pepper spray he had difficulty complying.

31.     Defendant Matteo began kicking the plaintiff in his left leg, from his knee to the ankle to force him to move.

32.     The plaintiff continued to ask where the car was, as he could not see because of the pepper spray.

33.     An officer finally placed the plaintiff in the police vehicle driven by defendant Matteo.

34.     The plaintiff was then asked "what the fuck is your name, cocksucker?"

35.     Defendant Matteo then informed the plaintiff that he would not be calling an ambulance for the plaintiff.

36.     Defendant Matteo transported the plaintiff to the police station.

37.     The defendants began dragging the plaintiff, who was still without the benefit of his vision, to the door.

38.     The plaintiff continually trips and falls in transit to the door.

39.     The defendants then began to order the plaintiff to walk in a certain direction, only to have him hit his head on the wall.  He is then ordered to go

another direction with the same head banging occurring. This went on whenever the plaintiff asked for instruction on which way to go.

40. Once the plaintiff was at the police station, the paramedics were called and the plaintiff was rushed to the emergency room due to his injuries.

41. As a result of the defendants actions, the plaintiff suffered numerous injuries including:

    i. Knee, leg, ankle and foot pain

    ii. Possible hairline fracture of his left arm

    iii. Chest pain

    iv. Blurred vision

    v. Headaches

    vi. Possible cornea damange

    vii. Panic attacks

    viii. Acute stress disorder

    ix. Distrustfulness

    x. Mood swings

42. The plaintiff has been prescribed medication to deal with various injuries caused by the defendants.

43. In the manner described above, the plaintiff charges the defendants with unreasonable force in violation of the Fourth Amendment to the United States Constitution.

**WHEREFORE,** the plaintiff claims judgment against the defendants and each of them, jointly and severally, as follows:

    A.  Compensatory damages in an amount this Court shall consider to be just, reasonable and fair;

    B.  Punitive damages in an amount this Court shall consider to be just, reasonable and fair;

    C.  Attorney fees and the costs of this action pursuant to 42 USC § 1988;

    D.  Such other relief as this Court shall consider to be fair and equitable.

## CLAIM FOR JURY TRIAL

The plaintiff claims trial by jury of all issues in this case.

                    THE PLAINTIFF

BY_____
      DAWNE WESTBROOK
      Federal Bar No. ct21987
      PO BOX 2502
      Middletown, CT 06457
      860 538 3498
      FAX:  860 346 1028
      justice@dawnewestbrooklaw.com
      His Attorney